```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12566
   LORRAINE ECHOLS MATTHEWS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4479


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/13/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/23/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
EMC MORTGAGE                CURRENT MORTG         .00           .00            .00
EMC MORTGAGE                MORTGAGE ARRE    7973.69            .00            .00
MB FINANCIAL                CURRENT MORTG         .00           .00            .00
MB FINANCIAL                SECURED         22000.00            .00        4264.66
INTERNAL REVENUE SERVICE    SECURED          9969.57            .00        2106.00
TRI CAP INVESTMENT PARTN    UNSECURED        1967.40            .00            .00
TRI CAP INVESTMENT PARTN    UNSECURED        7938.20            .00            .00
TRI CAP INVESTMENT PARTN    UNSECURED        6403.80            .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        1015.35            .00            .00
FCNB MASTERTRUST            UNSECURED        1176.54            .00            .00
FIRST PREMIER BANK          UNSECURED       NOT FILED           .00            .00
TRI CAP INVESTMENT PARTN    UNSECURED         295.55            .00            .00
HSBC NV                     UNSECURED       NOT FILED           .00            .00
EVERGREEN MEDICAL SPECIA    UNSECURED       NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         637.03            .00            .00
MIDNIGHT VELVET             UNSECURED         385.09            .00            .00
TRINITY HOSPITAL            UNSECURED         269.20            .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED           .00            .00
OSI COLLECTION SERVICE      UNSECURED         339.00            .00            .00
TALBOTS                     UNSECURED        1643.02            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         464.69            .00            .00
WAL MART STORES INC         UNSECURED       NOT FILED           .00            .00
WEST ASSET                  UNSECURED       NOT FILED           .00            .00
EMC MORTGAGE CORP           NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED        2158.50            .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED          74.72            .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         316.80            .00            .00
ERNESTO D BORGES JR         DEBTOR ATTY     1,450.00                      1,450.00
TOM VAUGHN                  TRUSTEE                                         599.84
DEBTOR REFUND               REFUND                                             .00

        Summary of Receipts and Disbursements:

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12566 LORRAINE ECHOLS MATTHEWS
```

```
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                8,420.50

PRIORITY                                            .00
SECURED                                        6,370.66
UNSECURED                                           .00
ADMINISTRATIVE                                 1,450.00
TRUSTEE COMPENSATION                             599.84
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                 8,420.50                8,420.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                           PAGE   2
         CASE NO. 07 B 12566 LORRAINE ECHOLS MATTHEWS